## LANE *et al. v.* GEORGIA LOAN AND TRUST COMPANY *et al.*

LEWIS, J.   This being a case in which there was conflicting evidence, the court did not abuse its discretion in granting an interlocutory injunction and appointing a receiver, thus preserving the status until the issues of fact can be duly settled by a verdict at the final hearing, and a judgment entered in accord with the law applicable.

*Judgment affirmed.    All the Justices concurring.*

Submitted January 10, — Decided January 28, 1901.

Injunction and receiver.    Before Judge Lumpkin.    Fulton superior court.    October 6, 1900.

*J. D. Humphries* and *R. O. Lovett,* for plaintiffs in error.
*A. H. Davis,* contra.

---

## PLASTER *v.* TERRY.

LITTLE, J.   1. When on the trial of a claim case the levy in resistance to which the claim was filed is dismissed, the result is a termination of the case favorably to the claimant; and therefore it is, so far as he is concerned, immaterial whether, during the progress of the trial and before the dismissal of the levy, the court did or did not err in any of its rulings.

2. Under the facts stated in the bill of exceptions, the dismissal of the levy in the present case was consented to by counsel for the plaintiff in execution, and must, therefore be treated as having been done at his instance.   This being so, the dismissal of the levy was not a matter to which the claimant had any right of exception.   *Ayers v. Lamb,* 65 *Ga.* 627.

*Judgment affirmed.    All the Justices concurring.*

Submitted January 11, — Decided January 28, 1901.

Levy and claim.    Before Judge Candler.    DeKalb superior court. March 29, 1900.

*Rosser & Carter,* for plaintiff in error.
*C. J. Simmons* and *C. L. Pettigrew,* contra.